**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MERIX PHARMACEUTICAL CORPORATION,** *Plaintiffs* vs. **EMS ACQUISITION CORPORATION,** *Defendants.* | No. 09 C 5871 Judge David H. Coar |

**DEFENDANT, EMS ACQUISITION CORPORATION'S, MOTION TO DISMISS PLAINTIFF, MERIX PHARMACEUTICAL CORPORATION'S COMPLAINT**

Pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure, Defendant, EMS Acquisition Corporation ("EMS" or "Defendant"), hereby moves this Honorable Court to dismiss the Complaint with prejudice for lack of personal jurisdiction and/or because venue in this District is improper. As explained in the accompanying Memorandum of Law, which is incorporated herein in its entirety, EMS does not have sufficient contacts within the State of Illinois, or any other contacts that would subject it to jurisdiction or venue in this District. In the alternative, if this action is not dismissed, it should be transferred to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

WHEREFORE, Defendant respectfully requests that this Honorable Court grant its Motion to Dismiss Plaintiff's Complaint with prejudice, or to transfer venue, and grant such further relief as may be deemed appropriate.

DATED: November 6, 2009          Respectfully submitted,

                                        **EMS ACQUISITION CORPORATION**

                                        By:  s/ Suzanne L. Sias
                                              One of Their Attorneys

Lawrence C. Rubin, Esq. (ARDC No. 2413426)
lrubin@shefskylaw.com
Suzanne L. Sias, Esq. (ARDC No. 6279799)
ssias@shefskylaw.com
Erin K. Lynch, Esq. (ARDC No. 6293268)
elynch@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, Illinois  60601
Telephone: (312) 527-4000
Facsimile (312) 527-4011

and

Ronald L. Williams, Esq.
rwilliams@foxrothschild.com
Dean R. Batson, Esq.
dbatson@foxrothschild.com
PA Attorney I.D. Nos. 47912/89212
Eagleview Corporate Center
747 Constitution Drive, Suite 100
P.O. Box 673
Exton, PA  19341
Telephone: (610) 458-7500
Facsimile: (610) 458-7337

1135353_1