# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Merix Pharmaceutical Corporation
                                 Plaintiff,

v.                                                              Case No.: 1:09–cv–05871
                                                               Honorable David H. Coar

EMS Acquisition Corporation
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 11, 2010:

      MINUTE entry before Honorable David H. Coar: Set deadlines as to motion to dismiss[176] : Responses due by 9/2/2010; Replies due by 9/24/2010.MOTION by Defendant EMS Acquisition Corporation to dismiss Counts V, VI and VII of Plaintiff's Fourth Amended Complaint ( [176] is taken under advisement – ruling to issue by mail. Parties need not appear on the presentment date of 8/1/2010. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.