# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5871 | **DATE** | August 19, 2010 |
| **CASE TITLE** | Merix Pharmaceutical Corp. vs. EMS Acquisition Corporation | | |

**DOCKET ENTRY TEXT**

Status hearing and motion hearing on defendant's motion to compel [180] for August 20, 2010, are rescheduled for August 24, 2010, at 1:00 p.m.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | aac |
|---|---|---|