# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5871 | **DATE** | September 10, 2010 |
| **CASE TITLE** | Merix Pharmaceutical Corp. vs. EMS Acquisition Corporation | | |

**DOCKET ENTRY TEXT**

Defendant's motion for leave to obtain the transcript from the argument held before the Honorable Young B. Kim on August 24, 2010 [194], although improperly noticed for 9:00 a.m., is granted. The Clerk of the Court is authorized to release a copy of the sealed transcript of the proceedings held on August 24, 2010, to Ronald Williams, counsel of record for the defendant. Defendant is reminded that this court hears motions at 11:00 a.m.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | aac |
|---|---|---|