Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5871 | **DATE** | September 16, 2010 |
| **CASE TITLE** | Merix Pharmaceutical Corp. vs. EMS Acquisition Corporation | | |

**DOCKET ENTRY TEXT**

The motion hearing scheduled for September 17, 2010, on plaintiff's motions to compel production of documents responsive to plaintiff's third sets of requests for production [187], to deem admitted each of plaintiff's first set of requests for admissions [189] and for sanctions [200] is cancelled. The court will issue its ruling by mail.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | aac |
|---|---|---|