# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Merix Pharmaceutical Corporation
                              Plaintiff,

v.                                                  Case No.: 1:09–cv–05871
                                                        Honorable David H. Coar

EMS Acquisition Corporation
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 16, 2010:

      MINUTE entry before Honorable David H. Coar: Motion hearing held on 9/16/2010 regarding Sealed motion [198]. Defendant EMS Acquisition Corporation's Sealed Motion For Sanctions [198] is denied. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.