# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5871 | **DATE** | September 21, 2010 |
| **CASE TITLE** | Merix Pharmaceutical Corp. vs. EMS Acquisition Corporation | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to compel the production of documents responsive to its Requests for Production [187], motion to deem as admitted its Requests for Admission [189] and motion for sanctions [200] are denied.  Enter Memorandum Opinion and Order.  Status hearing scheduled for September 30, 2010, at 11:00 a.m. to stand.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | aac |
|---|---|---|