# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5871 | **DATE** | October 15, 2010 |
| **CASE TITLE** | Merix Pharmaceutical Corp. vs. EMS Acquisition Corporation | | |

**DOCKET ENTRY TEXT**

Parties appeared for a scheduled settlement conference and were able to reach an agreement. The parties will be bound by the terms of the agreement if they are able to secure and exchange the general releases they detailed in open court by November 5, 2010. The remaining terms of the agreement are to be satisfied by no later than March 31, 2011. All discovery is stayed until further notice. Plaintiff is ordered to contact the court's Courtroom Deputy and advise him whether the parties were able to secure and exchange the required general releases no later than November 8, 2010.

Notices mailed by Judicial staff.

06:00

| | Courtroom Deputy Initials: | aac |
|---|---|---|