IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MERIX PHARMACEUTICAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 09 C 5871 |
| EMS ACQUISITION CORPORATION, | ) ) | Judge David H. Coar |
| Defendant. | ) ) ) | Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

**TO: EMS ACQUISITION CORPORATION**

　　PLEASE TAKE NOTICE THAT on **Friday**, the **22nd** day of **October**, **2010** at **11:00 A.M.,** we shall appear before the Honorable Magistrate Judge Young B. Kim of the United States District Court for the Northern District of Illinois, Eastern Division, Court Room **1944D** of the Dirksen Building, 219 South Dearborn, Chicago, Illinois, and present:

**PARTIES' JOINT MOTION FOR LEAVE TO OBTAIN
TRANSCRIPT OF CONFIDENTIAL SETTLEMENT PLACED ON THE RECORD
BY THE HONORABLE YOUNG B. KIM ON OCTOBER 15, 2010**

a copy of which was filed electronically herewith and thereby served upon you.

DATED: October 18, 2010

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　 /s/ Richard Kirk Cannon
　　　　　　　　　　　　　　　　　　　　Law Offices of Cannon & Associates
　　　　　　　　　　　　　　　　　　　　117 S. Cook St., #361
　　　　　　　　　　　　　　　　　　　　Barrington, IL 60010-4311
　　　　　　　　　　　　　　　　　　　　(847) 381-1600

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Merix Pharmaceutical Corporation*

CERTIFICATE OF SERVICE

I, Richard Kirk Cannon, caused to be served a copy of the foregoing:

NOTICE OF MOTION

by filing same with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following counsel of record:

>Lawrence C. Rubin
>Erin K. Lynch
>SHEFSKY & FROELICH LTD.
>111 E. Wacker Drive, Suite 2800
>Chicago, IL 60601

>Ronald L. Williams
>Dean R. Batson
>FOX ROTHSCHILD LLP
>Eagleview Corporate Center
>747 Constitution Drive, Suite 100
>P.O. Box 673
>Exton, PA 19341

>*Attorneys for EMS Acquisition Corporation*

/s/ Richard Kirk Cannon