# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5871 | **DATE** | October 19, 2010 |
| **CASE TITLE** | Merix Pharmaceutical Corp. vs. EMS Acquisition Corporation | | |

**DOCKET ENTRY TEXT**

Joint motion for leave to obtain a transcript of the confidential settlement placed on the record by the Honorable Young B. Kim on October 15, 2010 [218] is granted. The Clerk of the Court is authorized to release copies of the sealed transcript of the proceedings held on October 15, 2010, to Richard Cannon, counsel of record for the plaintiff and to Ronald Williams, counsel of record for the defendant. Appearance on October 22, 2010, is not necessary.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | aac |
|---|---|---|